## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Steyer Farms, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-1096008** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6154 North CR 33** <br> **Tiffin, OH 44883** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Seneca** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

�True ☐ ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

20-31385-maw    Doc 1    FILED 05/26/20    ENTERED 05/26/20 11:04:26    Page 1 of 52

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

          Contact name     _____

          Phone            _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 18, 2020**
      MM / DD / YYYY

**X** **/s/ Bernard Steyer**         **Bernard Steyer**
  Signature of authorized representative of debtor    Printed name

Title   **Vice-President**

**18. Signature of attorney**

**X** **/s/ Eric R. Neuman**       Date   **May 18, 2020**
  Signature of attorney for debtor        MM / DD / YYYY

**Eric R. Neuman 0069794**
Printed name

**Diller and Rice, LLC**
Firm name

**1107 Adams St.**
**Toledo, OH 43624**
Number, Street, City, State & ZIP Code

Contact phone   **419-244-8500**    Email address   **Eric@drlawllc.com**

**0069794 OH**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4

20-31385-maw   Doc 1   FILED 05/26/20   ENTERED 05/26/20 11:04:26   Page 4 of 52

**Fill in this information to identify the case:**

Debtor name    **Steyer Farms, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 18, 2020**    X **/s/ Bernard Steyer**
                                       Signature of individual signing on behalf of debtor

                                       **Bernard Steyer**
                                       Printed name

                                       **Vice-President**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor name    **Steyer Farms, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...........................................................................   $   **3,933,928.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................   $   **163,668.67**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................   $   **4,097,596.67**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **12,107,769.48**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **3,474.07**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$   **2,659,212.33**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b                      $   **14,770,455.88**

20-31385-maw     Doc 1     FILED 05/26/20     ENTERED 05/26/20 11:04:26     Page 6 of 52

**Fill in this information to identify the case:**

Debtor name     **Steyer Farms, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Old Fort Banking Company** | **Checking** | **5890** | $136.67 |
| 3.2. | **First Merchant Bank.** | **Checking** | **9462** | $32.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**           $168.67
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops–either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* **JD 6320 All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, in favor of Sutton Bank by the Common Pleas Court of Seneca County in Case Number 20CV0001.** | $0.00 | Insured | $30,000.00 |
| **Hutchison Auger All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, in favor of Sutton Bank by the Common Pleas Court of Seneca County in Case Number 20CV0001.** | $0.00 | Insured | $15,000.00 |
| **Batco Auger All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, in favor of Sutton Bank by the Common Pleas Court of Seneca County in Case Number 20CV0001.** | $0.00 | Insured | $7,500.00 |

**Nitrogen Applicator**
**All Machinery and Equipment subject to an**
**Order of Possession entered on Feburary 11,**
**2020, in favor of Sutton Bank by the Common**
**Pleas Court of Seneca County in Case Number**
**20CV0001.**                                          $0.00        Insured                    $20,000.00

**Hutchison Am Auger**
**All Machinery and Equipment subject to an**
**Order of Possession entered on Feburary 11,**
**2020, in favor of Sutton Bank by the Common**
**Pleas Court of Seneca County in Case Number**
**20CV0001.**                                          $0.00        Insured                     $9,500.00

**Hutchison Mayrath**
**All Machinery and Equipment subject to an**
**Order of Possession entered on Feburary 11,**
**2020, in favor of Sutton Bank by the Common**
**Pleas Court of Seneca County in Case Number**
**20CV0001.**                                          $0.00        Insured                     $4,500.00

**Wood Chopper**
**All Machinery and Equipment subject to an**
**Order of Possession entered on Feburary 11,**
**2020, in favor of Sutton Bank by the Common**
**Pleas Court of Seneca County in Case Number**
**20CV0001.**                                          $0.00        Insured                     $7,500.00

**Labor Saver Gravity Wagon**
**All Machinery and Equipment subject to an**
**Order of Possession entered on Feburary 11,**
**2020, in favor of Sutton Bank by the Common**
**Pleas Court of Seneca County in Case Number**
**20CV0001.**                                          $0.00        Insured                     $2,000.00

**MFGD Gravity Wagon**
**All Machinery and Equipment subject to an**
**Order of Possession entered on Feburary 11,**
**2020, in favor of Sutton Bank by the Common**
**Pleas Court of Seneca County in Case Number**
**20CV0001.**                                          $0.00        Insured                     $2,000.00

**Kilbros Gravity Wagon**
**All Machinery and Equipment subject to an**
**Order of Possession entered on Feburary 11,**
**2020, in favor of Sutton Bank by the Common**
**Pleas Court of Seneca County in Case Number**
**20CV0001.**                                          $0.00        Insured                     $2,000.00

**2 Kilbros 385 GW**
**All Machinery and Equipment subject to an**
**Order of Possession entered on Feburary 11,**
**2020, in favor of Sutton Bank by the Common**
**Pleas Court of Seneca County in Case Number**
**20CV0001.**                                          $0.00        Insured                     $8,000.00

| | | | |
|---|---|---|---|
| **3 Kilbros 250 GW** **All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, in favor of Sutton Bank by the Common Pleas Court of Seneca County in Case Number 20CV0001.** | $0.00 | Insured | $6,000.00 |
| **Parker GW** **All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, in favor of Sutton Bank by the Common Pleas Court of Seneca County in Case Number 20CV0001.** | $0.00 | Insured | $2,000.00 |
| **Old Pathringer** **All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, in favor of Sutton Bank by the Common Pleas Court of Seneca County in Case Number 20CV0001.** | $0.00 | Insured | $7,500.00 |
| **JLG Boomlift** **All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, in favor of Sutton Bank by the Common Pleas Court of Seneca County in Case Number 20CV0001.** | $0.00 | Insured | $30,000.00 |
| **GM Generator** **All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, in favor of Sutton Bank by the Common Pleas Court of Seneca County in Case Number 20CV0001.** | $0.00 | Insured | $10,000.00 |

31.    **Farm and fishing supplies, chemicals, and feed**

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**                                                                            $163,500.00

       Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
       ■ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
                    ☐ No
                    ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ■ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Address: 0 N CR 31, Seneca County Parcel: H29000465400300 Legal: PT W MID PT W 1/2 S W 1/4 AGRICULTURAL VACANT LAND Acres: 3.13** | Fee Simple | $0.00 | Auditor | $14,090.00 |
| 55.2.  **Address: 0 N CR 31 (Seneca County) Parcel: H29000468520000 Legal: W1/2 SW1/4 LESS W AGRICULTURAL VACANT LAND Acres: 68.5** | Fee Simple | $0.00 | Auditor | $329,810.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.3. | **Address: 0 N CR 31, Seneca County Parcel: H29000468560000 Legal: S1/2 NW1/4 LESS RR & 1.50A AGRICULTURAL VACANT LAND Acres: 77** | Fee Simple | $0.00 | Auditor | $381,960.00 |
| 55.4. | **Address:  0 N CR 15, Seneca County Parcel: J37000577600100 Legal: PT SPT SE1/4 AGRICULTURAL VACANT LAND Acres: 35.338** | Fee Simple | $0.00 | Auditor | $174,840.00 |
| 55.5. | **Address:  0 N SR 53, Seneca County Parcel: J37000590800000 Legal: S31 PT SE1/4 & NE1/4;  S32 PT NW1/4 LESS 2.460-.442 AGRICULTURAL VACANT LAND Acres: 94.897** | Fee Simple | $0.00 | Auditor | $461,260.00 |
| 55.6. | **Address:  0 N CR 33, Seneca County Parcel: J37000597320000 Legal: SW1/4 LESS 16.457-1.80 OTHER AGRICULTURAL USE Acres: 140.668** | Fee Simple | $0.00 | Auditor | $751,320.00 |
| 55.7. | **Address: 0 N TR 145, Seneca County Parcel: J37000597480000 Legal:  S1/2 SE FR1/4 LESS.01A AGRICULTURAL VACANT LAND Acres: 59.99** | Fee Simple | $0.00 | Auditor | $296,860.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 55.8. | **Address: 6271 N CR 33, Seneca County Parcel: J37000597520000 Legal: SE COR SW1/4 CASH GRAIN Acres: 15** | Fee Simple | $0.00 | Auditor | $169,060.00 |
|---|---|---|---|---|---|
| 55.9. | **Address: S SR 53, Sandusky County Parcel: 10-06-00-0006-00 Legal: 15 4 6 S & EPT NE1/4 122.269AC PER SURVEY AGRICULTURE VACANT LAND Acres: 122.27** | Fee Simple | $0.00 | Auditor | $727,800.00 |
| 55.10. | **Address: 0 E TR 152 (Seneca County) Parcel Number: J37000584680000 Legal PT SE1/4 AGRICULTURAL VACANT LAND Acres: 78.366 Land contract with SHAULL HARLEY F & NEARLINE E JT SUR Two payments remain due and owing on Land Contract: 2-28-21: $55,169.66; and 2-28-22: $52,661.95. Total: $107,858.61.** | Land Contract Vendee | $0.00 | Recent cost | $626,928.00 |

| 56. | **Total of Part 9.** | | $3,933,928.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Steyer Farms, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $168.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $163,500.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $3,933,928.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $163,668.67 | + 91b.    $3,933,928.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,097,596.67 |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 9

Fill in this information to identify the case:

Debtor name    **Steyer Farms, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **Harley and Nearline Shaull**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Address: 0 E TR 152 (Seneca County)**<br>**Parcel Number:  J37000584680000**<br>**Legal PT SE1/4**<br>**AGRICULTURAL VACANT LAND**<br>**Acres: 78.366**<br>**Land contract with  SHAULL HARLEY F &**<br>**NEARLINE E JT SUR**<br>**Two payments remain due and owing on**<br>**Land Contract:**<br>**2-2** | $107,858.61 | $626,928.00 |
| **737 W. CR 30**<br>**Tiffin, OH 44883**<br>Creditor's mailing address | **Describe the lien**<br>**Land Contract**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**December 2011**<br>Last 4 digits of account number | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Harley and Nearline Shaull**<br>**2. Joseph Steyer** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**  **Joseph Steyer** | **Describe debtor's property that is subject to a lien** | $121,411.07 | $626,928.00 |

| Creditor's Name | Address: 0 E TR 152 (Seneca County) |
|---|---|

Parcel Number:  J37000584680000
**Legal PT SE1/4
AGRICULTURAL VACANT LAND
Acres: 78.366
Land contract with  SHAULL HARLEY F &
NEARLINE E JT SUR
Two payments remain due and owing on
Land Contract:
2-2**

**6150 N. County Road 33
Tiffin, OH 44883**

Creditor's mailing address

Describe the lien
**Morttgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No

Creditor's email address, if known

**Date debt was incurred
5-9-2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **Sutton Bank** | Describe debtor's property that is subject to a lien | $453,162.78 | $169,060.00 |
|---|---|---|---|---|

Creditor's Name

Address: 6271 N CR 33, Seneca County
**Parcel:  J37000597520000
Legal:  SE COR SW1/4
CASH GRAIN
Acres: 15**

**1 South Main Street
Attica, OH 44807**

Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
June 1, 2017**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Sutton Bank
2. Sutton Bank
3. Sutton Bank
4. Sutton Bank
5. Sutton Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Sutton Bank** | Describe debtor's property that is subject to a lien | $687,703.45 | $169,060.00 |
|---|---|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Creditor's Name | |
|---|---|
| | **Address: 6271 N CR 33, Seneca County** |
| | **Parcel:  J37000597520000** |
| | **Legal:  SE COR SW1/4** |
| **1 South Main Street** | **CASH GRAIN** |
| **Attica, OH 44807** | **Acres: 15** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Mortgage** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **November 5, 2010** | |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **Sutton Bank** | **Describe debtor's property that is subject to a lien** | $3,545.78 | $169,060.00 |
|---|---|---|---|---|
| | Creditor's Name | **Address: 6271 N CR 33, Seneca County** | | |
| | | **Parcel:  J37000597520000** | | |
| | | **Legal:  SE COR SW1/4** | | |
| | **1 South Main Street** | **CASH GRAIN** | | |
| | **Attica, OH 44807** | **Acres: 15** | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **Mortgage** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **6-1-2017** | | | |
| | **Last 4 digits of account number** | | | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **Sutton Bank** | **Describe debtor's property that is subject to a lien** | $512,416.60 | $381,960.00 |
|---|---|---|---|---|
| | Creditor's Name | **Address: 0 N CR 31, Seneca County** | | |
| | | **Parcel:  H29000468560000** | | |
| | | **Legal: S1/2 NW1/4 LESS RR & 1.50A** | | |
| | **1 South Main Street** | **AGRICULTURAL VACANT LAND** | | |
| | **Attica, OH 44807** | **Acres: 77** | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **Mortgage** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Date debt was incurred**
**December 3, 2014**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sutton Bank**
**2. Sutton Bank**
**3. Sutton Bank**
**4. Sutton Bank**
**5. Sutton Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **Sutton Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**1 South Main Street**
**Attica, OH 44807**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August 1, 2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**
**Address: 6271 N CR 33, Seneca County**
**Parcel:  J37000597520000**
**Legal:  SE COR SW1/4**
**CASH GRAIN**
**Acres: 15**

$742,560.12         $169,060.00

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | **Sutton Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**1 South Main Street**
**Attica, OH 44807**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August 1, 2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Address: 6271 N CR 33, Seneca County**
**Parcel:  J37000597520000**
**Legal:  SE COR SW1/4**
**CASH GRAIN**
**Acres: 15**

$3,539,861.17         $169,060.00

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No

■ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative ■ Unliquidated
priority.                              ☐ Disputed
**Specified on line 2.3**

| 2.9 | **Sutton Bank** | Describe debtor's property that is subject to a lien | $5,939,249.90 | $7,500.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Old Pathringer
All Machinery and Equipment subject to an
Order of Possession entered on Feburary 11,
2020, in favor of Sutton Bank by the Common
Pleas Court of Seneca County in Case
Number 20CV0001.**

**1 South Main Street
Attica, OH 44807**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $12,107,769.48 |
| --- | --- | --- |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Michael D. Stultz
Meyer and Kerschner Ltd.
106 E. Market Street
P.O. Box 400
Tiffin, OH 44883** | Line ___ | |

---

**Fill in this information to identify the case:**

Debtor name    **Steyer Farms, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax Obligation of Business. Unknown amount
at this time.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

**Ohio Bureau of Workers'
Compensatio
Attn: Law Section Bankruptcy
Unit
PO Box 15567
Columbus, OH 43215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Steyer Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,474.07 | $827.84 |
|---|---|---|---|---|

**Ohio Department of Taxation
Collection Enforcement Section
Attn: Bankruptcy Staff
150 E. Gay St., 21st Floor
Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CAT Tax
Certificate of Judgments filed Seneca County
Court of Common Pleas Case Numbers:
20CJ0389 and 20CJ0843**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,395.19 |
|---|---|---|---|

**Anthony Steyer
5739 North Cty Rd. 33
Tiffin, OH 44883**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan to Company**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,759.53 |
|---|---|---|---|

**Bernard and Jean Steyer
6101 North County Road 33
Tiffin, OH 44883**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan to Company**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,143.79 |
|---|---|---|---|

**CFC Inc.
800 Red Brook Blvd.
Suite 400 C
Owings Mills, MD 21117**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0576**

Basis for the claim:  **Product Supplied**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,693.25 |
|---|---|---|---|

**Columbus Vegetables Oils**
**4990 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-31-2018**

Last 4 digits of account number  **3283**

Basis for the claim:  **Product Supplied**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,446.20 |
|---|---|---|---|

**Direct Enterprises Inc.**
**16545 Southpark Dr.**
**Westfield, IN 46074**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Judgment Entered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,722.56 |
|---|---|---|---|

**Helena Agri Enterprises LLC**
**225 Schilling Blvd**
**Suite 300**
**Collierville, TN 38017**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **2765**

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacque Gosche**
**2021 County Rd. 7**
**Tiffin, OH 44883**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Breach of Purchase Contract for purchase of Land of Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,099.67 |
|---|---|---|---|

**Kathleen Steyer**
**5739 North Cty Rd. 33**
**Tiffin, OH 44883**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Loan to Company**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611.34 |
|---|---|---|---|

**Mauger Exterminating**
**P.O. Box 833**
**Findlay, OH 45839**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **9092**

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,546.60 |
|---|---|---|---|

**PVS Nolwood Chemicals**
**25210 Network Place**
**Chicago, IL 60673**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-5-2018**

Last 4 digits of account number  **7086**

Basis for the claim:  **Product Supplied.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,995.20 |
|------|--|--|--|

**Solvent Systems International Inc.**
**70 King Street**
**Elk Grove Village, IL 60007**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **6-4-18**

Basis for the claim:  **Product Purchased**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,179,799.00 |
|------|--|--|--|

**Syngenta Seeds, LLC**
**11055 Wayzata Blvd.**
**Hopkins, MN 55305**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Royalties under License Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--|--|--|
| 4.1 | **Altus GTS Inc.**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Barr Credit Services**<br>**5151 East Broadway Blvd.**<br>**Suite 800**<br>**Tucson, AZ 85711** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Euler Hermes Collections**<br>**800 Red Brook Blvd.**<br>**Suite 400 C**<br>**Owings Mills, MD 21117** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Greenleaf Genetics**<br>**62426 Collections Center Drive**<br>**Chicago, IL 60693** | Line **3.12**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Helena Agri-Enterprises, LLC**<br>**98324 Collection Drive**<br>**Chicago, IL 60693** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Internal Revenue Service**<br>**Insolvency Group 6**<br>**1240 East Ninth Street, Room 493**<br>**Cleveland, OH 44199** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Internal Revenue Service**<br>**Four SeaGate**<br>**#308**<br>**Toledo, OH 43604** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **James L. Wideikis**<br>**Much Shelist, P.C**<br>**191 North Wacker Drive**<br>**Suite 1800**<br>**Chicago, IL 60606** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Jamie Lynch**<br>**7511 East Mary Drive**<br>**Tucson, AZ 85730** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Jerome Goshe**<br>**2021 CountyRd. 7**<br>**Tiffin, OH 44883** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Joel Cape**<br>**Cape Law Firm, LLP**<br>**2217 East Dickson Street**<br>**Suite 106**<br>**Fayetteville, AR 72701** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **OBWC**<br>**30 East Broad Street, 17th Floor**<br>**Columbus, OH 43215** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **ODJFS**<br>**P.O. Box 182404**<br>**Columbus, OH 43218** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **Ohio Department of Job & Family**<br>**Office of Legal Services**<br>**30 East Broad St., 31st Floor**<br>**Columbus, OH 43218** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Ohio Department of Taxation**<br>**PO Box 182197**<br>**Columbus, OH 43218** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Ohio Department of Taxation**<br>**Attn: Bankruptcy Division**<br>**P.O. Box 530**<br>**Columbus, OH 43216-0530** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **PVS-Nolwood Chemicals Inc.**<br>**10900 Harper Avenue**<br>**Detroit, MI 48213** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Receivables Control Corporation**<br>**7373 Kirkwood Court**<br>**Suite 200**<br>**Osseo, MN 55369** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 3,474.07 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,659,212.33 |

Debtor    **Steyer Farms, Inc.**                                    Case number (if known) _____
          Name

**5c. Total of Parts 1 and 2**                          5c.    $ _____ **2,662,686.40**
     Lines 5a + 5b = 5c.

20-31385-maw    Doc 1    FILED 05/26/20    ENTERED 05/26/20 11:04:26    Page 26 of 52

Fill in this information to identify the case:

Debtor name    **Steyer Farms, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Lease of following parcels of Property in Seneca County: J37000590800000; J37000577600100; J37000597320000; J37000597480000; and J37000597520000. Lease of following parcels of Property in Sandusky County: 100600000600. Total Annual Rent $59,731.60.** State the term remaining **Terminates March 31, 2021** List the contract number of any government contract _____ | **Joseph Steyer 6150 N. County Road 33 Tiffin, OH 44883** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Lease for the 2020 Crop year of 142 Acres. Base rent: $80 per acre** State the term remaining List the contract number of any government contract _____ | **TriView Farms 6454 Bismark Road Bellevue, OH 44811** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Lease of 59.20 tillable acres at $400.00 per acre.** State the term remaining **Terminates December 31, 2020** List the contract number of any government contract _____ | **Wiers Farms, Inc. 4465 STATE ROUTE 103 SOUTH Willard, OH 44890** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Steyer Farms, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Anthony Steyer** | **5739 N Cty Rd 33**<br>**Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Anthony Steyer** | **5739 N Cty Rd 33**<br>**Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Anthony Steyer** | **5739 N Cty Rd 33**<br>**Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Anthony Steyer** | **5739 N Cty Rd 33**<br>**Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Anthony Steyer** | **5739 N Cty Rd 33**<br>**Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H

| Debtor | Steyer Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☑ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

20-31385-maw    Doc 1    FILED 05/26/20    ENTERED 05/26/20 11:04:26    Page 29 of 52

| Debtor | Steyer Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Anthony Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Bernard Steyer | 6101 North County Road 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Bernard Steyer | 6101 North County Road 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Bernard Steyer | 6101 North County Road 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Bernard Steyer | 6101 North County Road 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Bernard Steyer | 6101 North County Road 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Bernard Steyer | 6101 North County Road 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Bernard Steyer | 6101 North County Road 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

20-31385-maw    Doc 1    FILED 05/26/20    ENTERED 05/26/20 11:04:26    Page 30 of 52

| Debtor | __Steyer Farms, Inc.__ | Case number _(if known)_ _____ |
|--------|-----------|----------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Bernard Steyer** | **6101 North County Road 33** | **Sutton Bank** |
| | | **Tiffin, OH 44883** | ■ D __2.3__ |
| | | | ☐ E/F ____ |
| | | | ☐ G ____ |
| 2.23 | **Bernard Steyer** | **6101 North County Road 33** | **Sutton Bank** |
| | | **Tiffin, OH 44883** | ☐ D ____ |
| | | | ☐ E/F ____ |
| | | | ☐ G ____ |
| 2.24 | **Bernard Steyer** | **6101 North County Road 33** | **Sutton Bank** |
| | | **Tiffin, OH 44883** | ☐ D ____ |
| | | | ☐ E/F ____ |
| | | | ☐ G ____ |
| 2.25 | **Bernard Steyer** | **6101 North County Road 33** | **Sutton Bank** |
| | | **Tiffin, OH 44883** | ☐ D ____ |
| | | | ☐ E/F ____ |
| | | | ☐ G ____ |
| 2.26 | **Bernard Steyer** | **6101 North County Road 33** | **Sutton Bank** |
| | | **Tiffin, OH 44883** | ☐ D ____ |
| | | | ☐ E/F ____ |
| | | | ☐ G ____ |
| 2.27 | **Bernard Steyer** | **6101 North County Road 33** | **Sutton Bank** |
| | | **Tiffin, OH 44883** | ☐ D ____ |
| | | | ☐ E/F ____ |
| | | | ☐ G ____ |
| 2.28 | **Bernard Steyer** | **6101 North County Road 33** | **Sutton Bank** |
| | | **Tiffin, OH 44883** | ☐ D ____ |
| | | | ☐ E/F ____ |
| | | | ☐ G ____ |
| 2.29 | **Jean Steyer** | **6101 North County Road 33** | **Sutton Bank** |
| | | **Tiffin, OH 44883** | ☐ D ____ |
| | | | ☐ E/F ____ |
| | | | ☐ G ____ |

| Debtor | Steyer Farms, Inc. | Case number (if known) | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | Jean Steyer | 6101 North County Road 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | Kathleen Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | Kathleen Steyer | 5739 N Cty Rd 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | Mid East<br>Production LLC | 6101 CR 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | Mid East<br>Production LLC | 6101 CR 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | Mid East<br>Production LLC | 6101 CR 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | Mid East<br>Production LLC | 6101 CR 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | Mid East<br>Production LLC | 6101 CR 33<br>Tiffin, OH 44883 | Sutton Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Steyer Farms, Inc.** | Case number *(if known)* | |
|--------|------------------------|--------------------------|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | **Mid East Production LLC** | **6101 CR 33 Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.39 | **Mid East Production LLC** | **6101 CR 33 Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.40 | **Mid East Production LLC** | **6101 CR 33 Tiffin, OH 44883** | **Sutton Bank** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.41 | **Mid East Production LLC** | **6101 CR 33 Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.42 | **Mid East Production LLC** | **6101 CR 33 Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.43 | **Mid East Production LLC** | **6101 CR 33 Tiffin, OH 44883** | **Sutton Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.44 | **Steyer Seeds, LLC** | **P.O. Box 209 Old Fort, OH 44861** | **Sutton Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.45 | **Steyer Seeds, LLC** | **P.O. Box 209 Old Fort, OH 44861** | **Sutton Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | Steyer Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.46 **Steyer Seeds, LLC**  **P.O. Box 209 Old Fort, OH 44861**    **Sutton Bank**
☐ D _____
☐ E/F _____
☐ G _____

2.47 **Steyer Seeds, LLC**  **P.O. Box 209 Old Fort, OH 44861**    **Sutton Bank**
☐ D _____
☐ E/F _____
☐ G _____

2.48 **Steyer Seeds, LLC**  **P.O. Box 209 Old Fort, OH 44861**    **Sutton Bank**
☐ D _____
☐ E/F _____
☐ G _____

2.49 **Steyer Seeds, LLC**  **P.O. Box 209 Old Fort, OH 44861**    **Sutton Bank**
☐ D _____
☐ E/F _____
☐ G _____

2.50 **Steyer Seeds, LLC**  **P.O. Box 209 Old Fort, OH 44861**    **Sutton Bank**
☐ D _____
☐ E/F _____
☐ G _____

2.51 **Steyer Seeds, LLC**  **P.O. Box 209 Old Fort, OH 44861**    **Sutton Bank**
■ D __2.3__
☐ E/F _____
☐ G _____

2.52 **Steyer Seeds, LLC**  **P.O. Box 209 Old Fort, OH 44861**    **Sutton Bank**
☐ D _____
☐ E/F _____
☐ G _____

2.53 **Steyer Seeds, LLC**  **P.O. Box 209 Old Fort, OH 44861**    **Sutton Bank**
☐ D _____
☐ E/F _____
☐ G _____

| Debtor | **Steyer Farms, Inc.** | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Steyer Seeds, LLC** | **P.O. Box 209** **Old Fort, OH 44861** | **Sutton Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.55 | **Steyer Seeds, LLC** | **P.O. Box 209** **Old Fort, OH 44861** | **Syngenta Seeds, LLC** | ☐ D _____ ■ E/F ___3.12___ ☐ G _____ |
| 2.56 | **Steyer Seeds, LLC** | **P.O. Box 209** **Old Fort, OH 44861** | **Direct Enterprises Inc.** | ☐ D _____ ■ E/F ___3.5___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Steyer Farms, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **Unknown** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$1,052,781.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Sutton Bank 1 South Main Street Attica, OH 44807** | **All Machinery and Equipment subject to an Order of Possession entered on Feburary 11, 2020, by the Common Pleas Court of Seneca County in Case Number 20CV0001** | **2-11-2020** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sutton Bank v. Steyer Farms, et al. 19-CV0309** | **Action to Enforce Judgment** | **Seneca County Court of Common Pleas 103 E. Market Street Tiffin, OH 44883** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Sutton Bank v. Steyer Farms, et al 19CV0310** | **Foreclosure** | **Seneca County Court of Common Pleas 103 E. Market Street Tiffin, OH 44883** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Sutton Bank v. Steyer Farms, Inc. et al. 19CV1091** | **Foreclosure** | **Sandusky County Court of Common Pleas 100 N. Park Ave Fremont, OH 43420** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Sutton Bank v. Mideast Production, LLC, et al. 20CV0001** | **Replevin** | **Seneca County Court of Common Pleas 103 E. Market Street Tiffin, OH 44883** | ■ Pending ☐ On appeal ☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Direct Enterprises, Inc. v. Steyer Farms**<br>**19-CV-933** | **Collection** | **United States District Court**<br>**Southern District of Indiana**<br>**46 East Ohio Street**<br>**Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **$2,500;**<br>**10-15-20**<br>**$2,500;**<br>**11-25-20**<br>**$2,750:**<br>**5-18-20** | |
| | **Diller & Rice LLC**<br>**124 E. Main St.**<br>**Van Wert, OH 45891** | | | **$7,750.00** |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Seneca County Park District 3362 S. TR 151 Tiffin, OH 44883 | **Real Property Address: 0 E TR 148 Parcel: J37000597360000 (Seneca County) Legal: SE1/4 SE1/4 LESS .50 A** | **4-23-19** | **$182,030.00** |
| | Relationship to debtor None | | | |
| 13.2. | 1896 Land Company PO BOX 385 Willard, OH 44890 | **Real Property Address: 3656 N SR 53 Parcel: J37000590800200 (Seneca County) Legal: SEC 31 PT NE1/4; SEC 32 PT NW1/4 Net proceeds paid to Sutton Bank.** | **2-5-2019** | **$105,000.00** |
| | Relationship to debtor None | | | |
| 13.3. | Joseph Steyer 6150 N. County Road 33 Tiffin, OH 44883 | **Mortgage on Property subject to Land Contract with Harley and Nearline Shaull in consideration for payment of the amount due under the land contract for the year 2019** | **5-9-2019** | **$60,185.08** |
| | Relationship to debtor Son of Equity Holder | | | |
| 13.4. | SoySolv Biosolvents, Attn: Kyle Kure 2803 Gates Court Broadview Heights, OH 44147 | **SoySolv. (Registered Trademark) (Line of solvents and cleaners) Business sold, and all related assets of business, tangible and intangible.** | **10-15-2018** | **$155,000.00** |
| | Relationship to debtor None | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.5<br>· | **Ronald Curl<br>2259 Hayes Avenue<br>Fremont, OH 43420** | **65 Acres, County Road 41, Helena, Ohio,<br>Sandusky County<br>Parcel Number: 14-07-00-0036-00<br>Sum of $278,070.20 transferred to Sutton<br>Bank.** | **12-28-2018** | **$290,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.6<br>· | **Ryan Depinet<br>4741 W TOWNSHIP RD 112<br>Tiffin, OH 44883** | **7849 W CR 38, Seneca County<br>Parcel Number: G25000417840100<br>Net Proceeds of $36,840.76 to Sutton<br>Bank** | **9-28-2018** | **$40,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.7<br>· | **WMS Marketing Services, LLC<br>14OO E. WYANDOT AVE<br>Upper Sandusky, OH 43351** | **John Deere 7420<br>Net proceeds of $22,890.00 to Sutton<br>Bank** | **11-13-19** | **$24,200.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.8<br>· | **WMS Marketing Services, LLC<br>1400 E. Wyandot Avenue<br>Upper Sandusky, OH 43351** | **Great Plains Turbo<br>Net proceeds of $23,935 to Sutton Bank.** | **4-13-19** | **$25,300.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.9<br>· | **Joseph Steyer<br>6150 N. County Road 33<br>Tiffin, OH 44883** | **Ford 4610 Tractor.<br>Proceeds to Sutton Bank.** | **3-16-20** | **$4,000.00** |
| | **Relationship to debtor**<br>**Son of Equity Holder** | | | |
| 13.1<br>0. | **WMS Marketing Services, LLC<br>1400 East Wyandot Avenue<br>Upper Sandusky, OH 43351** | **Koneskilde FC<br>Net Proceeds of $3,500 to Sutton Bank.** | **11-13-19** | **$4,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.1<br>1. | **WMS Marketing Services, LLC<br>1400 East Wyandot Avenue<br>Upper Sandusky, OH 43351** | **Unverferth R.B.<br>Net Proceeds of $5,570 to Sutton Bank.** | **11-13-19** | **$6,300.00** |
| | **Relationship to debtor**<br>**None** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>2. | **WMS Marketing Services, LLC**<br>**1400 East Wyandot Avenue**<br>**Upper Sandusky, OH 43351** | **Unverferth Ripper**<br>**Net Proceeds of $9,875 to Sutton Bank.** | **11-13-19** | **$10,500.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>3. | **WMS Marketing Services, LLC**<br>**1400 East Wyandot Avenue**<br>**Upper Sandusky, OH 43351** | **Kraus Disk 1425**<br>**Net Proceeds of $2,510 to Sutton Bank** | **11-13-19** | **$2,900.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>4. | **WMS Marketing Services, LLC**<br>**1400 East Wyandot Road**<br>**Upper Sandusky, OH 43351** | **Sunflower Disc**<br>**Net proceeds of $6,580 to Sutton Bank.** | **11-13-19** | **$7,400.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>5. | **WMS Marketing Services, LLC**<br>**1400 East Wyandot Avenue**<br>**Upper Sandusky, OH 43351** | **Gregson Sprayer**<br>**Net Proceeds of $7,920 to Sutton Bank.** | **2-27-19** | **$8,900.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>6. | **WMS Marketing Services, LLC**<br>**1400 East Wyandot Avenue**<br>**Upper Sandusky, OH 43351** | **Pathringer**<br>**Net proceeds of $2,510 to Sutton Bank** | **1-10-20** | **$2,900.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>7. | **Joseph Steyer**<br>**6150 North County Road 33**<br>**Tiffin, OH 44883** | **JLG Boomlift**<br>**Procceds to Sutton Bank.** | **3-16-20** | **$15,000.00** |
| | Relationship to debtor<br>**Son of Equity Owner** | | | |
| 13.1<br>8. | **Joseph Steyer**<br>**6150 N. County Road 33**<br>**Tiffin, OH 44883** | **Mortgage on Property subject to Land**<br>**Contract with Harley and Nearline Shaull**<br>**in consideration for payment of the**<br>**amount due under the land contract for**<br>**the year 2020.** | **5-19-2020** | **$61,282.99** |
| | Relationship to debtor<br>**Son of Equity Holder** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---------------------------|-----------------------------------|-----------------------------|------------------------|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|-----------------------|-------------------------------------|------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Rodney Cook**<br>**Cook, Smith and Company CPA's LLC**<br>**1355 W. Main Street Suite B**<br>**Bellevue, OH 44811** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Rodney Cook**<br>**Cook, Smith and Company, CPA's LLC**<br>**1355 West Main Street**<br>**Suite B**<br>**Bellevue, OH 44811** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Steyer** | **5739 N Cty Rd 33**<br>**Tiffin, OH 44883** | **Managing Member**<br>**President** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bernard Steyer** | **6101 North County Road 33**<br>**Tiffin, OH 44883** | **Managing Member**<br>**Vice-President** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

20-31385-maw    Doc 1    FILED 05/26/20    ENTERED 05/26/20 11:04:26    Page 44 of 52

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No

   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No

   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No

   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 18, 2020**

**/s/ Bernard Steyer**                                          **Bernard Steyer**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **Vice-President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Ohio

In re **Steyer Farms, Inc.** 

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,750.00 |
| Prior to the filing of this statement I have received | $ | 7,750.00 |
| Balance Due | $ | 0.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 18, 2020**

Date

**/s/ Eric R. Neuman**
**Eric R. Neuman 0069794**
*Signature of Attorney*
**Diller and Rice, LLC**
**1107 Adams St.**
**Toledo, OH 43624**
**419-244-8500  Fax: 419-244-8538**
**Eric@drlawllc.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Steyer Farms, Inc.**           Case No. _____

                     Debtor(s)       Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **May 18, 2020** _____      **/s/ Bernard Steyer** _____

                                          **Bernard Steyer/Vice-President**
                                          Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Altus GTS Inc.
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062


Anthony Steyer
5739 North Cty Rd. 33
Tiffin, OH 44883


Barr Credit Services
5151 East Broadway Blvd.
Suite 800
Tucson, AZ 85711


Bernard and Jean Steyer
6101 North County Road 33
Tiffin, OH 44883


Bernard Steyer
6101 North County Road 33
Tiffin, OH 44883


CFC Inc.
800 Red Brook Blvd.
Suite 400 C
Owings Mills, MD 21117


Columbus Vegetables Oils
4990 Paysphere Circle
Chicago, IL 60674


Direct Enterprises Inc.
16545 Southpark Dr.
Westfield, IN 46074


Euler Hermes Collections
800 Red Brook Blvd.
Suite 400 C
Owings Mills, MD 21117


Greenleaf Genetics
62426 Collections Center Drive
Chicago, IL 60693

Harley and Nearline Shaull
737 W. CR 30
Tiffin, OH 44883


Helena Agri Enterprises LLC
225 Schilling Blvd
Suite 300
Collierville, TN 38017


Helena Agri-Enterprises, LLC
98324 Collection Drive
Chicago, IL 60693


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199


Internal Revenue Service
Four SeaGate
#308
Toledo, OH 43604


Jacque Gosche
2021 County Rd. 7
Tiffin, OH 44883


James L. Wideikis
Much Shelist, P.C
191 North Wacker Drive
Suite 1800
Chicago, IL 60606


Jamie Lynch
7511 East Mary Drive
Tucson, AZ 85730


Jerome Goshe
2021 CountyRd. 7
Tiffin, OH 44883

```
Joel Cape
Cape Law Firm, LLP
2217 East Dickson Street
Suite 106
Fayetteville, AR 72701


Joseph Steyer
6150 N. County Road 33
Tiffin, OH 44883


Kathleen Steyer
5739 North Cty Rd. 33
Tiffin, OH 44883


Mauger Exterminating
P.O. Box 833
Findlay, OH 45839


Michael D. Stultz
Meyer and Kerschner Ltd.
106 E. Market Street
P.O. Box 400
Tiffin, OH 44883


OBWC
30 East Broad Street, 17th Floor
Columbus, OH 43215


ODJFS
P.O. Box 182404
Columbus, OH 43218


Ohio Bureau of Workers' Compensatio
Attn:  Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215


Ohio Department of Job & Family
Office of Legal Services
30 East Broad St., 31st Floor
Columbus, OH 43218
```

Ohio Department of Taxation
Collection Enforcement Section
Attn: Bankruptcy Staff
150 E. Gay St., 21st Floor
Columbus, OH 43215


Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530


Ohio Department of Taxation
PO Box 182197
Columbus, OH 43218


PVS Nolwood Chemicals
25210 Network Place
Chicago, IL 60673


PVS-Nolwood Chemicals Inc.
10900 Harper Avenue
Detroit, MI 48213


Receivables Control Corporation
7373 Kirkwood Court
Suite 200
Osseo, MN 55369


Solvent Systems International Inc.
70 King Street
Elk Grove Village, IL 60007


Sutton Bank
1 South Main Street
Attica, OH 44807


Syngenta Seeds, LLC
11055 Wayzata Blvd.
Hopkins, MN 55305


TriView Farms
6454 Bismark Road
Bellevue, OH 44811

Wiers Farms, Inc.
4465 STATE ROUTE 103 SOUTH
Willard, OH 44890